## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEAN NEWHARD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 23-cv-01993** |
| | : | |
| **HARALAMBO STASINOS, and** | : | |
| **CRANBURY SERVICE CENTER, INC.,** | : | **JUDGE SCHWAB** |
| | : | |
| **Defendants.** | : | **ELECTRONICALLY FILED** |

### STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that all claims in this action asserted by each of the parties hereto, be, and the same hereby are, discontinued with prejudice.

/s/ Barry J. Scatton
Barry J. Scatton
**Morgan & Morgan**
2005 Market Street, Suite 350
Philadelphia, PA 19103
(267) 780-2987

/s/ Nicholas F. Kravitz
Frank J. Brier
Nicholas F. Kravitz
Brian J. Levy
**Myers, Brier & Kelly, LLP**
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Attorney for Plaintiff
Dean Newhard

Attorneys for Defendants Haralambo
Stasinos and Stasinos Sunoco, Inc., t/a
Cranbury Service Center,
misidentified in the caption as
"Cranbury Service Center, Inc."

Date: March 18, 2025

SO ORDERED:


_____

Susan E. Schwab
United States Magistrate Judge

Date: _____